

# NUMBER 13-20-00179-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VINCENT KRUSSOW,**                                                   **Appellant,**

## v.

**ELENA EMILY LUCIO GARCIA ET AL,**                **Appellees.**

---

### On appeal from County Court at Law No. 1
### of Nueces County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's motions for appointed attorney and for transcript.

The appeal is ABATED and the matter is REMANDED to the trial court. In accordance with Texas Rule of Appellate Procedure 34.6(f)(4), the trial court is directed

to conduct a hearing to determine: (1) if the appellant timely requested a reporter's record; (2) if, without the appellant's fault, a significant exhibit or a significant portion of the court reporter's notes and records has been lost or destroyed or - if the proceedings were electronically recorded - a significant portion of the recording has been lost or destroyed or is inaudible; (3) if the lost, destroyed, or inaudible portion of the reporter's record, or the lost and destroyed exhibit, is necessary to the appeal's resolution; and (4) if the lost, destroyed, or inaudible portion of the reporter's record cannot be replaced by agreement of the parties, or the lost or destroyed exhibit cannot be replaced either by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit.  *See* TEX. R. APP. P. 34.6(f).

Furthermore, the trial court shall determine whether appellant is entitled to court-appointed counsel.   If the trial court determines counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings.

The trial court is directed to forward the record of the proceedings, including any orders and findings, to this Court within thirty (30) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of October, 2020.

2